IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**U.S. SPECIALTY INSURANCE COMPANY**                                    **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO: 1:23cv211 LG-BWR**

**INDUSTRIAL & CRANE SERVICES, INC.,**
**RTW PROPERTIES, LLC, ROBERT T.**
**WILLIAMS and ASHLEY WILLIAMS**                                    **DEFENDANTS**

## COMPLAINT

Plaintiff, U.S. Specialty Insurance Company ("USSIC") states the following claims against Industrial & Crane Services, Inc., ("ICS"), RTW Properties, LLC, ("RTW"), Robert T. Williams and Ashley Williams, and in support thereof states the following:

### PARTIES

1. USSIC is a Texas corporation authorized to do and doing business in the State of Mississippi.

2. Industrial & Crane Services, Inc. is a Mississippi corporation, with its principal place of business at 2301 Petit Bois Street, Pascagoula, Mississippi, 39567. ICS' registered agent for service of process is Robert T. Williams who may be served with process at one of the two (2) addresses set forth in paragraph 4 below.

3. RTW Properties, LLC is a Mississippi Limited Liability company with its principal place of business at 819 Country Club Drive, Pascagoula, Mississippi, 39567. RTW's registered agent for service of process is Robert T. Williams who may be served with process at one of the two (2) addresses set forth in paragraph 4 below.

4. Robert T. Williams is an adult resident citizen of Jackson County, State of Mississippi who may be served with process at either 819 Country Club Drive, Pascagoula, Mississippi, 39567 or 2301 Petit Bois Street, Pascagoula, Mississippi, 39567.

5. Ashley Williams is an adult resident citizen of Jackson County, State of Mississippi who may be served with process at either 819 Country Club Drive, Pascagoula, Mississippi, 39567 or 2301 Petit Bois Street, Pascagoula, Mississippi, 39567.

6. Together, the Defendants may be referred to as "the Indemnitors."

## JURISDICATION AND VENUE

7. This Court has jurisdiction over the subject matter jurisdiction pursuant to 28 U.S.C. Section 1332 as the citizenship of the parties is of differing states and the amount in controversy exceeds $75,000.00.

8. The Indemnitors are all located in Jackson County, Mississippi and venue of this cause of action lies in this Court pursuant to 28 U.S.C. § 1391.

## FACTS

9. On or about March 27, 2013, the Indemnitors, Robert T. Williams, Ashley Williams and ICS, entered into a General Indemnity Agreement ("GIA") with USSIC for the purpose of providing payment and performance bonds for Industrial & Crane Services, Inc. ("ICS"). *See GIA attached hereto as Exhibit A.*

10. Subsequently, on July 18, 2018, the indemnitors and RTW executed a Modification of General Indemnity Agreement, adding RTW as an additional Indemnitor on the March 27, 2013 Agreement, bound by all of the terms and conditions of Exhibit A. A copy of the Modification is attached hereto as Exhibit B.

11. Subsequently, at the request of the indemnitors, USSIC issued performance and payment bonds to ICS to assist it in successfully bidding and performing various construction projects.

12. The purpose of these bonds was to guarantee payment to subcontractors and suppliers of ICS as well as assuring the owners that their projects would be completed.

13. Despite having the obligation to make payment to its subcontractors and suppliers, ICS was unable to do so, and USSIC, pursuant to the terms of the payment bonds issued on behalf of ICS, was called upon to satisfy claims and/or defend against those claims.

14. USSIC has also been called upon, pursuant to the terms of the performance bond(s) issued on behalf of ICS, to satisfy claim(s) made against its performance bonds.

15. USSIC has incurred costs and fees associated with claims against payment and performance bonds issued on ICS's behalf. All costs and expenses incurred by USSIC were reasonable, incurred under demand and were not voluntary.

16. USSIC's damages for satisfying payment bond claims, performance bond claims and attorney's fees and expenses to date is not less than $239,960.29, the exact amount of which will be shown at trial.

17. Pursuant to the terms of the GIA, the Indemnitors are indebted, jointly and severally, to USSIC in the total amount of at least $239,960.29, the exact amount of which will be shown at trial.

18. USSIC has demanded indemnity from the Indemnitors to no avail.

## COUNT 1
## INDEMNITY

19. Pursuant to the GIA, the Indemnitors are jointly and severally liable to indemnify USSIC and hold USSIC harmless for expenses of every nature it may incur including expenses incurred as a result of enforcing the attached GIA and Modification.

20. USSIC is entitled to be fully and completely indemnified by the Indemnitors and is entitled to a judgment of at least $239,960.29, plus accrued and accruing interest, the exact amount of which will be shown at trial.

21. In addition, pursuant to the GIA, USSIC is also entitled to recover its reasonable attorneys' fees and costs incurred in bringing this action.

WHEREFORE PREMISES COSIDERED, USSIC demands judgment in the amount of at least $239,960.29, the exact amount of which will be shown at trial, plus interest, attorneys' fees, expenses and costs associated with maintaining this action, jointly and severally against the Indemnitors and each of them, plus all other relief the Court deems appropriate and just.

Respectfully submitted on this, the 22nd day of August, 2023.

                                        U.S. SPECIALTY INSURANCE COMPANY

                                        By: */s/ Mark D. Herbert*
                                                Mark D. Herbert
                                                Its Attorney

OF COUNSEL:

Mark D. Herbert (MS Bar No. 2370)
Taggart, Rimes & Wiggins, PLLC
1022 Highland Colony Pkwy., Ste. 101
Ridgeland, Mississippi 39157
Phone: (601) 898-8400
Fax:   (601) 898-8420
Email: mark@trwlawyers.com

## CERTIFICATE OF SERVICE

I, Mark D. Herbert, attorney for Plaintiff U.S. Specialty Insurance Company, do hereby certify that I have this day filed a true and correct copy of the foregoing ***Complaint*** with the Clerk of Court via the Court's MEC electronic court filing system, which sent notification to all counsel of record.

So certified on this, the 22nd day of August, 2023.

                                             */s/ Mark D. Herbert*
                                             Mark D. Herbert