## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**U.S. SPECIALTY INSURANCE COMPANY**                    **PLAINTIFF**

**v.**                                        **CAUSE NO: 1:23CV211-LG-BWR**

**INDUSTRIAL & CRANE SERVICES, INC.;**
**RTW PROPERTIES, LLC; ROBERT T.**
**WILLIAMS; and ASHLEY WILLIAMS**                    **DEFENDANTS**

### FINAL JUDGMENT

The parties have announced to the Court a settlement of this case. The Court, being advised that the parties have an informed understanding of their rights and the consequences of settlement, desires that this matter be finally closed on its docket.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the above captioned civil action is **DISMISSED WITH PREJUDICE** as to all parties.

**SO ORDERED AND ADJUDGED** this the 18th day of June, 2024.

s/ *Louis Guirola, Jr.*

Louis Guirola, Jr.
United States District Judge

Agreed as to Form:
/s/ *Mark D. Hebert*                          /s/ *Nathan A. Bosio*

_____          _____
Mark D. Hebert (MS Bar No. 2370)          Nathan A. Bosio (MS Bar No. 100185)
Taggart, Rimes & Wiggins, PLLC            Anthony R. Liberato (MS Bar No. 105959)
1022 Highland Colony Parkway, Suite 101   Wilkinson, Williams, Bosio & Sessoms, PLLC
Ridgeland, MS 39157                       Post Office Box 1618
mark@trwlawyers.com                       Pascagoula, MS 39568-1618
*Attorney for Plaintiff, U.S. Specialty*  nbosio@wwbslaw.com
*Insurance Company*                       aliberato@wwbslaw.com
                                          *Attorneys for Defendants, Industrial & Crane*
                                          *Services, Inc.RTW Properties, LLC and Robert*
                                          *T. Williams*